Williams, Inc., v. Edward H. Titus.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Eugene J. Busher Co., Inc., v. Alcor Realty Corporation.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Longlast Realty Corporation v. Samuel Kanik and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Joseph A. Walsh, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Andrew R. Dougherty, Appellant, v. Empire Piece Dyeing and Finishing Company, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of James D. Young, Deceased.— Decree and order affirmed, with costs to both parties payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Estate of Alfred Isaac Blumenthal, Deceased.— Order affirmed, with costs to all parties to this appeal appearing by separate counsel and filing briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Giuseppe Fusco, Respondent, v. Maria Fusco, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., and Merrell, J., dissenting.

The People of the State of New York, Respondent, v. Isaac Flatau, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Louise Ellis, Respondent, v. Anna Maria Kelsey and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell; McAvoy and Burr, JJ.; Clarke, P. J., dissenting.

The City of New York, Respondent, v. The New York and South Brooklyn Ferry and Steam Transportation Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Leone Maionico, Appellant, v. Sam Bernbaum, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York, Respondent, v. Vito Gaglio, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Goldie Weiner, Appellant, v. St. Paul Fire and Marine Insurance Company, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Joseph H. Marcus, Suing on Behalf of Himself and Other Stockholders of the Consolidated Cigar Corporation, Appellant, v. Consolidated Cigar Cor-